

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE:

WILLIAM BROWDER,

Relator.

§

§

§

§

§

No. 08-16-00217-CR

AN ORIGINAL PROCEEDING

IN MANDAMUS

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the 109th District Court of Andrews County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.